

Press Release  
**Aug. 16, 2012**

**Media Contact**  
Mike McKinnon, Communications Coordinator  
Phone:  (512) 978-8167  
mike.mckinnon@centralhealth.net

**Board of Managers Votes to Hold Tax Election**

The Central Health Board of Managers voted at their Wednesday, Aug. 15 regularly scheduled meeting to include an election for a five-cent property tax increase on the upcoming November ballot. The election, which will be held on Nov. 6, will present Travis County residents the opportunity to vote on a proposed five-cent ad valorem tax increase.

According to the proposed ballot language, funding derived from the increase would support local healthcare expansions and upgrades that will be used for the uninsured and medically underserved, including support for a new medical school consistent with the mission of Central Health, a site for a new teaching hospital, trauma services, specialty medicine such as cancer care, community-wide health clinics, training for physicians, nurses and other healthcare professionals, primary care, behavioral and mental healthcare, prevention and wellness programs, and/or to obtain federal matching funds for healthcare services.

A public election is required by law to adopt the proposed rate because it exceeds the maximum allowable rate, also known as the rollback rate. Central Health's tax rate for the upcoming 2013 fiscal year, which begins on Oct. 1, is. 7.9 cents per $100 of valuation. The proposed rate, an additional five cents, would raise the total rate to 12.9 cents per $100 of valuation.

###