UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Don Zimmerman, Michael Cargill, and Mario Jordan,**  *Plaintiffs,*  **vs.**  **Travis County Healthcare District,**  *Defendant.* | Cause No. 1:12-cv-00972  **JURY**  **Emergency Stay and Restraining Order** |

BE IT REMEMBERED, that on this day, Plaintiffs presented their case before this Court. Given the nature of the allegations of failure to preclear the language put on the ballot, and under the relevant laws requiring a stay, Plaintiff's request for a stay of this ballot proposition until a three-judge panel can review it is GRANTED. Further, given the nature of the changes and the potential for violation of Plaintiffs' due process rights, the District is restrained from any implementation of this ballot proposition until its language can be ruled on by a court with appropriate jurisdiction.

IT IS SO ORDERED, this _____ day of October, 2012.

_____
Hon. U.S. District Judge